UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GAIL TIMMONS,<br><br>               Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>               Defendant. | CASE NO. C17-5912 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge. Dkt. 23. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**.

(2) Defendant's decision is **REVERSED** and **REMANDED** for the calculation and award of benefits based on Plaintiff's alleged onset date of November 20, 2010.

(3) Judgment is for Plaintiff and this case should be closed.

Dated this 16th day of July, 2018.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge